**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **SANDY CARLESE THOMAS,** ) | **CASE NO.1:13CV1777** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-vs-** ) | **O R D E R** |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Defendant.** ) | |
| ) | |

On August 14, 2013, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 1381, *et seq*. and 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Vernelis K. Armstrong pursuant to Local Rule 72.2. On May 2, 2014, the Magistrate Judge recommended affirming the Commissioner's decision denying Thomas' Application for Supplemental Security Income. Plaintiff has not filed a response.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S.

140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Armstrong's Report and Recommendation is **ADOPTED** and the Commissioner's decision is affirmed.  Plaintiff's Complaint is dismissed.

IT IS SO ORDERED.

Dated:5/20/2014            *S/Christopher A. Boyko*
                            CHRISTOPHER A. BOYKO
                            UNITED STATES DISTRICT JUDGE